UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:15-CR-6043-SMJ-1 |
|---|---|
| Plaintiff, | ORDER MODIFYING CONDITIONS OF RELEASE |
| vs. | |
| KEVIN MICHAEL DETTMER, | **ECF Nos. 91, 92** |
| Defendant. | |

On Friday, January 20, 2017, the Defendant appeared, telephonically, with Assistant Federal Defender Alison Guernsey on Defendant's Motion to Modify Conditions of Release (ECF No. 92). Assistant United States Attorney Laurel Holland represented the United States.

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (ECF No. 91) is **GRANTED.**

2. Defendant's Additional Condition of Release 19, set forth in ECF No. 19, shall be temporarily modified to allow Defendant to attend the noon showing of *XXX: Return of Xander Cage* at the Grand Cinemas, Walla Walla,

ORDER TEMPORARILY MODIFYING CONDITIONS OF RELEASE - 1

Washington on Sunday, January 22, 2017.

3. Defendant shall not arrive at the movie theater before 11:30 AM.

4. Defendant shall depart the movie theater before 3:00 PM.

5. Defendant's Motion to Expedite (ECF No. 92) is **GRANTED**.

DATED January 20, 2017.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER TEMPORARILY MODIFYING CONDITIONS OF RELEASE - 2